# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANA L. ALBARRAN ROBLES,

Plaintiff,

v.

UNITED STATES CITIZENSHP & IMMIGRATION SERVICES, et al.,

Defendants.

Case No. 1:26-cv-06393-JLT-EGC

**ORDER DIRECTING CLERK TO PREPARE AND TRANSMIT SERVICE DOCUMENTS TO THE UNITED STATES MARSHALS SERVICE**

The United States Marshals Service (USM) shall initiate service on the following Defendants pursuant to Fed. R. Civ. P. 4(i)(1)(A): **United States Citizenship and Immigration Services; Joseph B. Edlow,** ***Director of USCIS***; **Todd Blanche,** ***Attorney General of the United States***; **Markwayne Mullin,** ***Secretary, U.S. Department of Homeland Security*****.**

The Clerk of the Court is further directed to forward the following documents to the United States Marshal's Service:

a. One completed USM-285 form for each defendant to be served, plus one for the civil-process clerk at the United States Attorney's Office and one for the Attorney General of the United States at Washington, D.C.;

b. One completed and issued summons for each defendant to be served, plus one for the civil-process clerk at the United States Attorney's Office and one for the Attorney General of the United States at Washington, D.C.;

c. One copy of the Complaint filed August 11, 2026, (Doc. 1), plus one copy for the civil-process clerk at the United States Attorney's Office, one copy for the Attorney General of the United States at Washington, D.C., and one copy for the United States Marshal.

IT IS SO ORDERED.

Dated: **August 24, 2026**

UNITED STATES MAGISTRATE JUDGE