# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANA L. ALBARRAN ROBLES,

Plaintiff,

v.

UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, et al.

Defendants.

Case No. 1:26-cv-06393-JLT-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 14)

On September 28, 2026, Plaintiff filed a "Notice for Voluntary Dismissal," notifying the Court that this case is voluntarily dismissed without prejudice. (Doc. 14). Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: **September 29, 2026**

Erin Sun Castillo

UNITED STATES MAGISTRATE JUDGE